IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR226 |
| | ) | |
| v. | ) | |
| | ) | |
| MANDI WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on plaintiff's motion to dismiss (Filing No. 129) the petition for warrant or summons for offender under supervision (Filing No. 115). Accordingly,

    IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision as to Mandi Wright is dismissed.

    DATED this 11th day of March, 2015.

                           BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court